## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Civil Action No. 2:18-cv-01484-SDW-SCM |
| Plaintiff, | |
| vs. | |
| IDA DUNSTON, et al., | |
| Defendants. | **NOTICE OF MOTION** |

PLEASE TAKE NOTICE that the United States of America will move before the Honorable Susan D. Wigenton, U.S.D.J. on July 2, 2018, 2017, for an Order for entering judgment against Paterson Habitat for Humanity, Inc. City of Paterson, and State of New Jerseys establishing Plaintiff's priority over the Affordable Housing restrictions, and extinguishing said restrictions.

In support of my motion, I will rely on the attached Certification.

                                        FRANK J. MARTONE, P.C.
                                        Attorneys for Plaintiff

                                        BY:*/s/Frank J. Martone*
                                               FRANK J. MARTONE

Dated: June 4, 2018