Alexis E. Lazzara, Esq.   (005422001)
Connell Foley, LLP
2510 Plaza 5 Harborside
Jersey City, New Jersey 07311-4029
(201) 521-1000
Attorneys for Defendant
PATERSON HABITAT FOR HUMANITY INC.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> IDA DUNSTON, PATERSON HABITAT FOR HUMANITY, INC. ET AL. <br><br> Defendants | Honorable <br> Susan D. Wigenton, U.S.J. <br><br> Judgment No.: 18-cv-001484 <br><br><br> **WARRANT TO SATISFY JUDGMENT Against Defendant/Judgment Debtor,** <br> **PATERSON HABITAT FOR HUMANITY, INC.** <br> <u>**ONLY**</u> |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT,
DISTRICT OF NEW JERSEY:

**WHEREAS**, Final Judgment was entered in the above-captioned action in favor of the Plaintiff, United States of America and Small Business Association, on September 6, 2018, and filed September 5, 2018, in the amount of $33,613.22, against the above-named Defendants, Ida Dunston, Paterson Habitat for Humanity, Inc., City of Paterson, NJPLIGA and State of New Jersey;

3987900-1

**WHEREAS**, simultaneously with the execution and delivery of a Note, and in order to secure the payment of that Note, Ida Dunston executed and delivered to the Administrator of the Small Business Association, a Mortgage. Said Mortgage was duly recorded on July 29, 2013 in Book M12722, at Page 160 in the Clerk's Office of the County of Passaic County in the State of New Jersey. The Premises that were the collateral under that Mortgage are known as 78 Clinton Street, Paterson, New Jersey (the "Property").

**WHEREAS**, Ida Dunston originally took title to the Property by way of Deed from **PATERSON HABITAT FOR HUMANITY, INC.**, the Grantor, dated January 24, 1996, recorded March 1, 1996 in Book U143, Page 183 in the Clerk's Office of the County of Passaic in the State of New Jersey (the "Deed").

**WHEREAS**, the Deed included certain, Reservations, Covenants and Restrictions which Reservations, Covenants and Restrictions were due to expire and terminate twenty (20) years from January 24, 1996.

**WHEREAS**, the Reservations, Covenants and Restrictions therefore expired on or about January 24, 2016.

**WHEREAS, PATERSON HABITAT FOR HUMANITY, INC.** was made a party defendant by virtue of having issued the deed restrictions, reservations and covenants set forth in the Deed (See Deed attached hereto as **Exhibit "A"**);

**NOW THEREFORE,** this is your Warrant and Authority to enter on the aforesaid record, this warrant is in **full satisfaction** of the aforementioned judgment **against** the above-named defendant, **PATERSON HABITAT FOR HUMANITY, INC., ONLY**.

LAW OFFICE OF
FRANK J. MARTONE, P.C.
Attorney for Plaintiff/
**United States of America, Small Business Administration**

By: _____
Frank J. Martone
(973)473-3000

Attorneys for Defendant/
**PATERSON HABITAT FOR HUMANITY, INC.**

By: _____
Alexis Lazzara

3987900-1

I hereby certify and state under penalty of perjury that the foregoing statements are true and correct.

_____  2-12-2020
Frank J. Martone

_____
Alexis E. Lazzara

Dated: ~~January~~ February 21, 2020